## 29320. POWELL v. PEACOCK.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 5, 1974.

Willie C. Powell, *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.

## 29115. YANCEY v. STATE OF GEORGIA.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 18, 1974.

*Prentiss Ivory Davis,* for appellant.
*Bacheller Flythe, District Attorney,* for appellee.

## 29162. DENMARK v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 18, 1974.

Charles T. K. Denmark, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.